IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WARREN JACKSON**                                                                                                    **PLAINTIFF**

v.                                              Case No. 4:21-cv-00965-KGB

**ARKANSAS, STATE OF;**
**FEDERAL BUREAEU OF INVESTIGATION**                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Warren Jackson's complaint is dismissed without prejudice. The Court denies the relief requested. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 27th day of January, 2022.

_____
Kristine G. Baker
United States District Judge